UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KYLE RUTHERFORD,

    Defendant.

Case No. 3:20-cr-111

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 38)**

---

    This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 38. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in the First Superseding Information, which charges him with two counts of knowingly engaging in a sexual act, as defined in 18 U.S.C. § 2246(2), with another person when that person was incapable of appraising the nature of the conduct, in violation of Title 18 U.S.C. § 2246(2)(A). Doc. No. 33 at PageID 95. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **December 15, 2023, at 2:00 p.m**.

    **IT IS SO ORDERED.**

    October 13, 2022

    s/ Michael J. Newman
    Hon. Michael J. Newman
    United States District Judge