UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 3:20-cr-111

vs.

KYLE RUTHERFORD,                    District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER ABOUT DEFENDANT'S PENDING MOTIONS FOR EVIDENCE, DISCOVERY, AND *JENKS* ACT MATERIAL (Doc. Nos. 24, 25, 26, 27, 28); AND (2) ORDERING THE PARTIES TO INFORM THE COURT ON OR BEFORE MARCH 20, 2023 IF THESE MOTIONS ARE MOOT**

---

This criminal case is before the Court prior to trial, which is set to begin on April 5, 2023. The March 10, 2023 deadline to file any motions *in limine*, pursuant to the Calendar Order issued on February 9, 2023, has expired.  In May of 2022, Defendant filed several motions related to evidentiary issues, discovery, *Jenks* material—seeking to compel the Government to turn over exculpatory evidence and discovery, as it is required to do.  Doc. Nos. 24, 25, 26, 27, 28.  Upon review of the docket, it is unclear if these motions are moot because the parties have exchanged the requested information.  Accordingly, the Court **ORDERS** the parties to: (1) meet and confer about these remaining motions; and (2) inform this Court if these motions are moot **on or before March 20, 2023**.

    IT IS SO ORDERED.

  March 14, 2023                                                     s/ Michael J. Newman
                                                                              Hon. Michael J. Newman
                                                                              United States District Judge