UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:20-cr-111

vs.

KYLE RUTHERFORD,                       District Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 69)**

---

        This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 69. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as to Counts One and Two of the Second Superseding Information, charging him with having sexual contact as defined in Ohio Revised Code § 2907.01(A) with two people, not his spouse, who were then under the age of thirteen, 18 U.S.C. § 13. Doc. No. 66 at PageID 3. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on July 26, 2022.

        **IT IS SO ORDERED.**

  June 29, 2023                                        s/ Michael J. Newman
                                                               Hon. Michael J. Newman
                                                               United States District Judge